FILED
NOV 07 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:13-CR-00186 AWI |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| ALBERT LUIS KING, | |
| Defendant. | |

The Court grants the government's oral motion to withdraw the Petition for Violation of Supervised Release filed on 9/27/2016. Defendant is released forthwith and to remain on all previously imposed terms and conditions of release ordered on 10/15/2013. Defendant is further ordered to report to the United States Probation Office, Bakersfield, California, by 3:00 pm on 11/8/2016.

Dated: November 7, 2016

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

1