PROB 35A DEATH (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date - Notice of Death**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket No: 0972 1:13CR00186-001 |
| | ) | |
| **Albert Luis King** | ) | |
| | ) | |

On 10/15/2013, the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on December 8, 2015.

On March 28, 2017, this office was notified by the Kern County Coroner's Office that Albert Luis King was confirmed dead on March 17, 2017 (copy of the Certificate of Death is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Julie R. Martin

JULIE R. MARTIN
Sr. United States Probation Officer

Dated: April 19, 2017
Bakersfield, California
JRM:dk

/s/ Lonnie E. Stockton

**REVIEWED BY:** **LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

PROB 35A DEATH (ED/CA)

**Re:   Albert Luis King**
**     Docket No:    0972 1:13CR00186-001**
**     Report and Order Terminating Supervised Release**
**     Prior To Original Expiration Date - Notice of Death**

## ORDER OF COURT

It appearing that Albert Luis King is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:   April 19, 2017                              _____
                                                      SENIOR   DISTRICT   JUDGE